# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2494
LT Case No. 2023-SC-000199

_____

DEREK CASHAW and JESSICA
CASHAW,

     Appellants,

     v.

LANDSCAPE CUSTOMS,

     Appellee.

_____

On appeal from the County Court for Clay County.
Raymond E. Forbess, Jr., Judge.

Derek Cashaw and Jessica Cashaw, Orange Park, pro se.

No Appearance for Appellee.

January 26, 2024

PER CURIAM.

     AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY and KILBANE, JJ., concur.
MAKAR, J., concurs in result, with opinion.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

MAKAR, J., concurring in result, with opinion.

I concur in affirmance but do not rely on the summary affirmance rule in doing so.